Exhibit 2

Charted Claim:

Method Claim: 1

| US7057960 | American Airlines utilizing the JESD79-3F compliant product ("Accused Entity") |
|---|---|
| 1. A method for reducing power consumption during background operations in a memory array with a plurality of sections comprising the steps of: controlling said background operations in each of said plurality of sections of said memory array in response to one or more control signals, wherein said one or more control signals are generated in response to a programmable address signal and said background operations can be enabled simultaneously in two or more of said plurality of sections independently of any other section; and | The accused entity utilizes a product, compliant with JESD79-3F specification, that practices a method for reducing power consumption during background operations (e.g., self-refresh operation) in a memory array with a plurality of sections (e.g., memory banks) comprising the steps of: controlling said background operations (e.g., self-refresh operation) in each of said plurality of sections (e.g., memory banks) of said memory array in response to one or more control signals, wherein said one or more control signals are generated in response to a programmable address signal (e.g., address bits) and said background operations (e.g., self-refresh operation) can be enabled simultaneously in two or more of said plurality of sections independently of any other section.<br><br>The product uses a Mode Register 2 (MR2) which is loaded with address bits to decide the section(s) of the memory array on which the Self Refresh operation is enabled. Only after the address bits are coded in the MR2, the Self-Refresh operation is executed on the sections of the memory array.<br><br>For example, the MR2 includes Auto Self Refresh (ASR) bits, which enable the device to perform the refresh operation in Auto Self Refresh Mode across the different sections of the memory array simultaneously. The ASR bits (A7, A6) are set to (0,1) such that the device manages Self Refresh entry over the supported temperature range of the DRAM.<br><br>Further, the SELF REFRESH command initiates Self Refresh mode to refresh the memory array as defined in MR2. According to the initialized ASR bits, the refresh operation is controlled at different temperature settings in the memory banks of SDRAM (DDR3) memory chip. |

As shown below, the product adjusts its refresh rate to save power during operations such as Self Refresh operation, etc.



https://www.aa.com/i18n/travel-info/experience/planes/planes.jsp



https://www.aa.com/i18n/travel-info/experience/planes/planes.jsp



https://web.archive.org/web/20190722023127/https://www.aa.com/i18n/travel-info/experience/planes/planes.jsp



# NFS Network File Server

## High-Performance Onboard Connectivity across your Boeing Fleet

Teledyne Controls' Network File Server (NFS) is the main hardware component of Boeing's Onboard Network System (ONS), and functions as a stand-alone server to provide a common, compact, non-essential, high-performance onboard network solution. The NFS facilitates data transfer between avionics systems and IP-based equipment, providing greater accessibility to a wide range of applications. This high-reliability device, built to OEM standards, combines in one single and lightweight unit the multiple functions of an ARINC 429/717/Discrete to Ethernet converter, a multicast router, a firewall, a data loader, and a communication gateway.

PART NUMBER 2247200-0X

https://www.teledynecontrols.com/en-us/Product%20Brochures/Teledyne%20NFS%20Brochure.pdf

**Key Features:**

- Designed to Boeing OEM standards
  - Standard on Boeing 737 MAX and 777
  - Available on Boeing 737 NG
- Network management
- ARINC 429/717/Discrete to Ethernet converter
- Switch and Router functions
- PPPoE network protocol
- Port mirroring
- Extended networking with multiple NFS and NEDs
- 615-4 and 615A data loading
- 615A loadable (over Ethernet)
- ACARS interface
- IP communications management
- ARINC 429 avionics interface (including label re-transmission)
- ARINC 717 input
- Airplane discrete interfaces
- Ethernet interfaces (fiber optic and quadrax)
- ARINC 818 HD video output (fiber optic)
- Front removable SD Card storage
- Front Panel Access for 1GB Ethernet, USB 3.0/2.0, and HDMI ports

**Characteristics:**

- Intel® Core™ i7 Server Subsystem Processor
- 8-16GB DDR3 RAM
- Up to 1TB Solid State Disk (SSD) storage
- 1x 10Gb fiber optic Ethernet rear port
- 4x 1Gb fiber optic Ethernet rear ports
- 3x 1Gb quadrax Ethernet rear ports
- 13x 10/100Mb quadrax Ethernet rear ports
- 2x 3Gb fiber optic ARINC 818 HD video rear ports
- Size: 2 MCU case per ARINC 600
  15.1" L x 2.27" W x 7.62" H
  (383 mm x 57 mm x 193 mm)
- Weight: 7.7 lbs / 3.5 kg
- Power: 69 watts max at 115VAC 400Hz
- Cooling: 11 kg/hr minimum air flow per ARINC 600

https://www.teledynecontrols.com/en-us/Product%20Brochures/Teledyne%20NFS%20Brochure.pdf

### 3.2 Basic Functionality

The DDR3 SDRAM is a high-speed dynamic random-access memory internally configured as an eight-bank DRAM. The DDR3 SDRAM uses a 8n prefetch architecture to achieve high-speed operation. The 8n prefetch architecture is combined with an interface designed to transfer two data words per clock cycle at the I/O pins. A single read or write operation for the DDR3 SDRAM consists of a single 8n-bit wide, four clock data transfer at the internal DRAM core and eight corresponding n-bit wide, one-half clock cycle data transfers at the I/O pins.

Source: DDR3 Standard

**Table 10 — Mode Register Description**

| Field | Bits | Description |
|---|---|---|
| ASR | MR2 (A6) | **Auto Self-Refresh (ASR) (Optional)** <br> when enabled, DDR3 SDRAM automatically provides Self-Refresh power management functions for all supported operating temperature values. If not enabled, the SRT bit must be programmed to indicate $T_{OPER}$ during subsequent Self-Refresh operation <br><br> 0 = Manual SR Reference (SRT) <br> 1 = ASR enable (optional) |
| SRT | MR2 (A7) | **Self-Refresh Temperature (SRT) Range** <br> If ASR = 0, the SRT bit must be programmed to indicate $T_{OPER}$ during subsequent Self-Refresh operation <br> If ASR = 1, SRT bit must be set to $0_b$ <br><br> 0 = Normal operating temperature range <br> 1 = Extended (optional) operating temperature range |

#### 4.9.0.1 Auto Self-Refresh mode - ASR Mode (optional)

DDR3 SDRAM provides an Auto Self-Refresh mode (ASR) for application ease. ASR mode is enabled by setting MR2 bit A6 = $1_b$ and MR2 bit A7 = $0_b$. The DRAM will manage Self-Refresh entry in either the Normal or Extended (optional) Temperature Ranges. In this mode, the DRAM will also manage Self-Refresh power consumption when the DRAM operating temperature changes, lower at low temperatures and higher at high temperatures.

Source: DDR3 Standard

### 4.16 Self-Refresh Operation

The Self-Refresh command can be used to retain data in the DDR3 SDRAM, even if the rest of the system is powered down. When in the Self-Refresh mode, the DDR3 SDRAM retains data without external clocking. The DDR3 SDRAM device has a built-in timer to accommodate Self-Refresh operation. The Self-Refresh-Entry (SRE) Command is defined by having CS#, RAS#, CAS#, and CKE held low with WE# high at the rising edge of the clock.

Before issuing the Self-Refresh-Entry command, the DDR3 SDRAM must be idle with all bank precharge state with tRP satisfied. 'Idle state' is defined as all banks are closed (tRP, tDAL, etc. satisfied), no data bursts are in progress, CKE is high, and all timings from previous operations are satisfied (tMRD, tMOD, tRFC, tZQinit, tZQoper, tZQCS, etc.) Also, on-die termination must be turned off before issuing Self-Refresh-Entry command, by either registering ODT pin low "ODTL + 0.5tCK" prior to the Self-Refresh Entry command or using MRS to MR1 command. Once the Self-Refresh Entry command is registered, CKE must be held low to keep the device in Self-Refresh mode. During normal operation (DLL on), MR1 (A0 = 0), the DLL is automatically disabled upon entering Self-Refresh and is automatically enabled (including a DLL-Reset) upon exiting Self-Refresh.

When the DDR3 SDRAM has entered Self-Refresh mode, all of the external control signals, except CKE and RESET#, are "don't care." For proper Self-Refresh operation, all power supply and reference pins (VDD, VDDQ, VSS, VSSQ, VRefCA and VRefDQ) must be at valid levels. VrefDQ supply may be turned OFF and VREFDQ may take any value between VSS and VDD during Self Refresh operation, provided that VrefDQ is valid and stable prior to CKE going back High and that first Write operation or first Write Leveling Activity may not occur earlier than 512 nCK after exit from Self Refresh. The DRAM initiates a minimum of one Refresh command internally within tCKE period once it enters Self-Refresh mode.

Source: DDR3 Standard

The clock is internally disabled during Self-Refresh Operation to save power. The minimum time that the DDR3 SDRAM must remain in Self-Refresh mode is tCKESR. The user may change the external clock frequency or halt the external clock tCKSRE after Self-Refresh entry is registered, however, the clock must be restarted and stable tCKSRX before the device can exit Self-Refresh operation.

Source: DDR3 Standard

| | |
|---|---|
| | **4.15 Refresh Command**<br><br>The Refresh command (REF) is used during normal operation of the DDR3 SDRAMs. This command is non persistent, so it must be issued each time a refresh is required. The DDR3 SDRAM requires Refresh cycles at an average periodic interval of tREFI. When CS#, RAS# and CAS# are held Low and WE# High at the rising edge of the clock, the chip enters a Refresh cycle. <u>All banks of the SDRAM must be pre-charged and idle for a minimum of the precharge time tRP(min) before the Refresh Command can be applied.</u> The refresh addressing is generated by the internal refresh controller. This makes the address bits "Don't Care" during a Refresh command. <u>An internal address counter supplies the addresses during the refresh cycle. No control of the external address bus is required once this cycle has started. When the refresh cycle has completed, all banks of the SDRAM will be in the precharged (idle) state. A delay between the Refresh Command and the next valid command, except NOP or DES, must be greater than or equal to the minimum Refresh cycle time tRFC(min) as shown in Figure 59.</u> Note that the tRFC timing parameter depends on memory density.<br><br>Source: DDR3 Standard |

| | |
|---|---|
| | \n\nSource: DDR3 Standard |
| presenting said one or more control signals and one or more decoded address signals to one or more periphery array circuits of said plurality of sections. | The accused entity utilizes a product, compliant with JESD79-3F specification, that practices presenting said one or more control signals and one or more decoded address signals (e.g., address signals) to one or more periphery array circuits of said plurality of sections.\n\nThe product has periphery array circuits such as registers, internal refresh counters, row address MUX etc. These periphery circuits are used to input the control ("control signals") and address signals to the memory array cells. |

| | |
|---|---|
| | **3.2 Basic Functionality**<br><br>The DDR3 SDRAM is a high-speed dynamic random-access memory internally configured as an eight-bank DRAM. The DDR3 SDRAM uses a 8n prefetch architecture to achieve high-speed operation. The 8n prefetch architecture is combined with an interface designed to transfer two data words per clock cycle at the I/O pins. A single read or write operation for the DDR3 SDRAM consists of a single 8n-bit wide, four clock data transfer at the internal DRAM core and eight corresponding n-bit wide, one-half clock cycle data transfers at the I/O pins.<br><br>Source: DDR3 Standard<br><br>**4.15 Refresh Command**<br><br>The Refresh command (REF) is used during normal operation of the DDR3 SDRAMs. This command is non persistent, so it must be issued each time a refresh is required. The DDR3 SDRAM requires Refresh cycles at an average periodic interval of tREFI. When CS#, RAS# and CAS# are held Low and WE# High at the rising edge of the clock, the chip enters a Refresh cycle. All banks of the SDRAM must be pre-charged and idle for a minimum of the precharge time tRP(min) before the Refresh Command can be applied. The refresh addressing is generated by the internal refresh controller. This makes the address bits "Don't Care" during a Refresh command. An internal address counter supplies the addresses during the refresh cycle. No control of the external address bus is required once this cycle has started. When the refresh cycle has completed, all banks of the SDRAM will be in the precharged (idle) state. A delay between the Refresh Command and the next valid command, except NOP or DES, must be greater than or equal to the minimum Refresh cycle time tRFC(min) as shown in Figure 59. Note that the tRFC timing parameter depends on memory density.<br><br>Source: DDR3 Standard |

**Table 10 — Mode Register Description**

| Field | Bits | Description |
|---|---|---|
| ASR | MR2 (A6) | **Auto Self-Refresh (ASR) (Optional)**<br>when enabled, DDR3 SDRAM automatically provides Self-Refresh power management functions for all supported operating temperature values. If not enabled, the SRT bit must be programmed to indicate $T_{OPER}$ during subsequent Self-Refresh operation<br><br>0 = Manual SR Reference (SRT)<br>1 = ASR enable (optional) |
| SRT | MR2 (A7) | **Self-Refresh Temperature (SRT) Range**<br>If ASR = 0, the SRT bit must be programmed to indicate $T_{OPER}$ during subsequent Self-Refresh operation<br>If ASR = 1, SRT bit must be set to $0_b$<br><br>0 = Normal operating temperature range<br>1 = Extended (optional) operating temperature range |

**4.9.0.1 Auto Self-Refresh mode - ASR Mode (optional)**

DDR3 SDRAM provides an Auto Self-Refresh mode (ASR) for application ease. ASR mode is enabled by setting MR2 bit A6 = $1_b$ and MR2 bit A7 = $0_b$. The DRAM will manage Self-Refresh entry in either the Normal or Extended (optional) Temperature Ranges. In this mode, the DRAM will also manage Self-Refresh power consumption when the DRAM operating temperature changes, lower at low temperatures and higher at high temperatures.

Source: DDR3 Standard

### 4.16 Self-Refresh Operation

The Self-Refresh command can be used to retain data in the DDR3 SDRAM, even if the rest of the system is powered down. When in the Self-Refresh mode, the DDR3 SDRAM retains data without external clocking. The DDR3 SDRAM device has a built-in timer to accommodate Self-Refresh operation. The Self-Refresh-Entry (SRE) Command is defined by having CS#, RAS#, CAS#, and CKE held low with WE# high at the rising edge of the clock.

Before issuing the Self-Refresh-Entry command, the DDR3 SDRAM must be idle with all bank precharge state with tRP satisfied. 'Idle state' is defined as all banks are closed (tRP, tDAL, etc. satisfied), no data bursts are in progress, CKE is high, and all timings from previous operations are satisfied (tMRD, tMOD, tRFC, tZQinit, tZQoper, tZQCS, etc.) Also, on-die termination must be turned off before issuing Self-Refresh-Entry command, by either registering ODT pin low "ODTL + 0.5tCK" prior to the Self-Refresh Entry command or using MRS to MR1 command. Once the Self-Refresh Entry command is registered, CKE must be held low to keep the device in Self-Refresh mode. During normal operation (DLL on), MR1 (A0 = 0), the DLL is automatically disabled upon entering Self-Refresh and is automatically enabled (including a DLL-Reset) upon exiting Self-Refresh.

When the DDR3 SDRAM has entered Self-Refresh mode, all of the external control signals, except CKE and RESET#, are "don't care." For proper Self-Refresh operation, all power supply and reference pins (VDD, VDDQ, VSS, VSSQ, VRefCA and VRefDQ) must be at valid levels. VrefDQ supply may be turned OFF and VREFDQ may take any value between VSS and VDD during Self Refresh operation, provided that VrefDQ is valid and stable prior to CKE going back High and that first Write operation or first Write Leveling Activity may not occur earlier than 512 nCK after exit from Self Refresh. The DRAM initiates a minimum of one Refresh command internally within tCKE period once it enters Self-Refresh mode.

Source: DDR3 Standard

The clock is internally disabled during Self-Refresh Operation to save power. The minimum time that the DDR3 SDRAM must remain in Self-Refresh mode is tCKESR. The user may change the external clock frequency or halt the external clock tCKSRE after Self-Refresh entry is registered, however, the clock must be restarted and stable tCKSRX before the device can exit Self-Refresh operation.

Source: DDR3 Standard